IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAYSON K. BROWN, INDIVIDUALLY                                    PLAINTIFFS
AND AS A REPRESENTATIVE OF A
CLASS OF PARTICIPANTS AND
BENEFICIARIES ON BEHALF OF THE
PECO FOODS, INC. RETIREMENT
SAVINGS PLAN

VS.                                            CIVIL ACTION NO. 3:25-cv-491-TSL-RPM

PECO FOODS, INC. AND JOHN DOES
1-10, INCLUSIVE                                                  DEFENDANTS

## DEFENDANT PECO FOODS, INC.'S MOTION TO DISMISS

Defendant Peco Foods, Inc. ("Peco") respectfully moves the Court to dismiss Plaintiff's Complaint in its entirety, with prejudice, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure. As set forth more fully in Peco's accompanying Memorandum in Support of its Motion to Dismiss, the Court should dismiss Plaintiff's claims for the following reasons:

1.  The Complaint fails to state a claim under Rule 12(b)(6) because (a) the Peco Retirement Savings Plan ("the Plan") and Summary Plan Description expressly authorize Peco to use forfeitures to pay administrative expenses, offset employer contributions, *or* reallocate them to participant accounts; (b) Plaintiff's claims are based on a misreading of the Plan's plain language and conflict with decades of federal regulatory guidance that expressly permits the use of forfeitures to reduce employer contributions; and (c) Plaintiff has not plausibly alleged any breach of the Plan's terms, any breach of the fiduciary duties of prudence or loyalty, or any prohibited transaction under ERISA.

04734699

2. Plaintiff lacks Article III Standing under Rule 12(b)(1) because he has not alleged a concrete and particularized injury to his own account. General allegations of harm to the Plan are insufficient to establish standing under controlling Supreme Court precedent.

3. In support of its Motion, Peco relies on the following attached exhibits:

**Ex. 1:** Peco Foods, Inc. Retirement Savings Plan

**Ex. 2:** Summary Plan Description

For these reasons, and those stated more fully in the accompanying Memorandum, Peco respectfully requests that the Court dismiss the Complaint with prejudice, and grant such other and further relief as the Court deems appropriate.

Dated: August 11, 2025.

        Respectfully submitted,

        **PECO FOODS, INC.**

        By: */s/ Stephen J. Carmody*
            One of Its Attorneys

OF COUNSEL:

Stephen J. Carmody, MSB #8345
scarmody@brunini.com
M. Patrick McDowell, MSB #9746
pmcdowell@brunini.com
R. Richard Cirilli, Jr., MSB #99132
rcirilli@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, MS 39205
Phone: 601-948-3101

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of this Court using the ECF system, which sent notification of such filing to all registered users.

      Dated:  August 11, 2025.

                                                /s/ *Stephen J. Carmody*
                                                Stephen J. Carmody