UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

JAYSON K. BROWN INDIVIDUALLY AND
AS A REPRESENTATIVE OF A CLASS
OF PARTICIPANTS AND BENEFICIARIES
ON BEHALF OF THE PECO FOODS, INC.
RETIREMENT SAVINGS PLAN                                        PLAINTIFF

vs                                        CIVIL ACTION NO.: 3:25-CV-491-TSL-RPM

PECO FOODS, INC., AND
DOES 1 TO 10 INCLUSIVE,                                        DEFENDANTS

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Jayson K. Brown ("Plaintiff"), individually and as a representative of a class of participants and beneficiaries of the Peco Foods, Inc. Retirement Savings Plan ("the Plan"), respectfully moves the Court to deny Defendant Peco Foods, Inc.'s ("Peco") Rules 12(b)(1) and 12(b)(6) Motions to Dismiss in their entirety.

1.    Defendants' motion rests on a misreading of the Plan's forfeiture provision and a misapplication of ERISA and Fifth Circuit precedent. As set forth in Plaintiff's Memorandum in Opposition, the Complaint plausibly alleges violations of the Plan's express terms, breaches of ERISA's fiduciary duties of loyalty and prudence, and prohibited transactions. These allegations more than satisfy the pleading standards under Rules 12(b)(6) and 12(b)(1).

2.    Defendant's reliance on general regulatory guidance and inapposite authority cannot overcome the specific Plan mandate requiring forfeitures to be applied to Plan expenses before being used to offset employer contributions. Nor can Defendant evade binding Supreme Court and Fifth Circuit precedent confirming that defined contribution plan participants have

1

standing where fiduciary misconduct directly reduces the value of their retirement accounts. At this stage, Plaintiff's detailed factual allegations must be accepted as true, and they state claims upon which relief can be granted.

3.      In support of its Opposition Motion, Plaintiff relies on the following documents that have been filed on the docket:

a.   ECF No. 1 – Class Action Complaint

b.   ECF No. 10-1 – Peco Foods, Inc. Retirement Savings Plan

For these reasons, and those stated more fully in Plaintiff's accompanying Memorandum in Opposition, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss in its entirety.

**RESPECTFULLY SUBMITTED,** this the __2nd__ day of September, 2025.


/s/ *Bradley D. Daigneault*
Bradley D. Daigneault, MSB # 105069

**OF COUNSEL:**

**HORAN & HORAN, PLLC**
M. Kevin Horan , MSB # 2638
1500 Gate Way
Post Office Box  2166
Grenada, Mississippi   38902
Telephone: (662) 226-2185
Facsimile: (662) 2262127
Email: horanmain@horanandhoranlaw.com

**CHIRINOS LAW FIRM PLLC**
Tulio D. Chirinos, (*pro hac vice)*
370 Camino Gardens Blvd., Ste 106
Boca Raton, FL 33432
Telephone: (561) 299-6334
Email: tchirinos@chirinoslawfirm.com

*Attorneys for Plaintiff and Proposed Class*

3

**<u>CERTIFICATE OF SERVICE</u>**

I, Bradley D. Daigneault, attorney for the Plaintiff, hereby certify that on the ___2nd___ day of September, 2025, I electronically filed the foregoing *Plaintiff's Response in Opposition to Defendants' Motion to Dismiss* with the clerk of the Court using the ECF System, which sent notification of such filing to the following:

All ECF participants

/s/ *Bradley D. Daigneault*
Bradley D. Daigneault
Certifying Attorney