UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


JAYSON K. BROWN, INDIVIDUALLY
AND AS A REPRESENTATIVE OF A CLASS
OF PARTICIPANTS AND BENEFICIARIES
ON BEHALF OF THE PECO FOODS, INC.
RETIREMENT SAVINGS PLAN                          PLAINTIFF

VS.                          CIVIL ACTION NO. 3:25-CV-491-TSL-RPM

PECO FOODS, INC.,
AND DOES 1 TO 10 INCLUSIVE                        DEFENDANT

                          JUDGMENT

     Pursuant to the memorandum opinion and order entered this

date, it is hereby ORDERED AND ADJUDGED that this action is

dismissed with prejudice.

     SO ORDERED AND ADJUDGED this 14th day of November, 2025.


                          /s/ Tom S. Lee
                          UNITED STATES DISTRICT JUDGE