**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **JAYSON K. BROWN INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF PARTICIPANTS AND BENEFICIARIES ON BEHALF OF THE PECO FOODS, INC. RETIREMENT SAVINGS PLAN** | **PLAINTIFF** |
| **vs** | **CIVIL ACTION NO. 3:25-CV-491-TSL-RPM** |
| **PECO FOODS, INC., AND DOES 1 TO 10 INCLUSIVE,** | **DEFENDANTS** |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

**COME NOW** Plaintiff, Jayson K. Brown, individually and as representative of a class of participants and beneficiaries of the Peco Foods, Inc. Retirement Savings Plan (the "Plan" or "Peco Plan"), by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure Rule 15(a)(2), and files this Motion for Leave to Amend Complaint, and state as follows:

1. In this action Plaintiff brought five claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq*. ("ERISA") against Defendants Peco Foods, Inc. ("Peco") and Does 1-10 (together, "Defendants") for breaches of ERISA's fiduciary duties and prohibited transaction rules. The original Complaint in this matter was filed on July 7, 2025. (ECF No. 1.)

2. Defendants filed a Motion to Dismiss Plaintiff's Complaint that was eventually granted by this Honorable Court in an Order dated November 14, 2025. (ECF No. 17.)

1

3. The Court's Order granting Defendants' Motion to Dismiss did not specify whether the dismissal was with prejudice or without, but the Court subsequently entered a separate standalone judgment that the dismissal was with prejudice. (ECF No. 18.)

4. For the reasons set forth in the concurrently filed memorandum of law in support of this Motion to Amend the Complaint, Plaintiff respectfully requests to amend Count III of the original Complaint, which the Court's Order found "conclusory" as drafted. (ECF No. 17 at 20-21).[1]

5. A copy of Plaintiff's proposed Amended Complaint and a PDF redline comparison of the revisions to the original Complaint are attached hereto and incorporated by reference as Exhibits A and B respectively.

**WHEREFORE,** Plaintiff requests that this Honorable Court allow Plaintiff to file the Amended Complaint in this matter. Plaintiff also seeks any and all additional relief which the Court may deem appropriate under these circumstances.

November 26, 2025

Respectfully submitted,

**Horan & Horan, PLLC**

/s/ *Bradley D. Daigneault*

M. Kevin Horan, MSB #2638
Bradley D. Daigneault, MSB # 105069
1500 Gate Way
Post Office Box 2166
Grenada, Mississippi 38902
Telephone: (662) 226-2185
Facsimile: (662) 226-2127
Email: bdaigneault@horanandhoranlaw.com

---

[1] Plaintiff reserves the right to appeal the dismissal of all counts following a final appealable order in this case.

**CHIRINOS LAW FIRM PLLC**
Tulio D. Chirinos (*Admitted Pro Hac Vice*)
20283 State Road 7
Boca Raton, FL 33498
Telephone: (561) 299-6334
tchirinos@chirinoslawfirm.com

*Attorneys for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of this Court using

the ECF system, which sent notification of such filing to all registered users.


Dated: November 26, 2025.

/s/ *Bradley D. Daigneault*

3